UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ISMAEL VALDEZ,

          Plaintiff,

    v.

STEVE - STORE OWNER, et al.,

          Defendants.

Case No. 25-cv-02257-JST

**ORDER OF DISMISSAL**

On or about March 4, 2025, Plaintiff commenced this action by filing a complaint and an *in forma pauperis* application. ECF Nos. 1, 2. That same day, the Court sent Plaintiff a deficiency notice informing him that his *in forma pauperis* application was incomplete because it lacked the required trust account statement. ECF No. 4. The Court ordered Plaintiff to submit a complete *in forma pauperis* application by April 4, 2025, or the action would be dismissed without prejudice. *Id*. The deadline to file a complete *in forma pauperis* application has passed, and Plaintiff has neither filed a complete *in forma pauperis* application or communicated with the Court. Accordingly, this action is DISMISSED for failure to file a complete *in forma pauperis* application or, in the alternative, pay the full filing fee. Judgment is entered in favor of Defendants and against Plaintiff. The Clerk shall close the case.

      **IT IS SO ORDERED.**

Dated: April 8, 2025

_____
JON S. TIGAR
United States District Judge